FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG -1  PM 5: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JOHN E. SHELTON,               )<br>)<br>    Plaintiff,              )<br>)<br>v.                              )<br>)<br>SHELBY COUNTY GOVERNMENT,      )<br>SHELBY COUNTY SHERIFF'S        )<br>DEPARTMENT, and CHIEF JAIL     )<br>ADMINISTRATOR OF SHELBY COUNTY )<br>JAIL,                           )<br>)<br>    Defendants.             )  | No. 05-2454 Ml/V |

**ORDER GRANTING PLAINTIFF'S MOTION TO DEEM COMPLAINT FILED ON
NOVEMBER 22, 2004
AND
ORDER OF DISMISSAL**

Before the Court is Plaintiff's Motion to Deem Complaint filed on November 22, 2004, filed June 24, 2005. Good cause having been shown, the Court GRANTS the motion. The Clerk is accordingly directed to docket the case as No. 05-2454. On July 21, 2005, Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a), filed a stipulation dismissing the claims against all Defendants in this action with prejudice. Accordingly, pursuant to the July 21, 2005, stipulation of dismissal, this case is DISMISSED.

IT IS SO ORDERED this __1__ day of August, 2005.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __8-9-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02454 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Carol J. Chumney
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT