FILED BY ᴵᶜ D.C.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

05 AUG -1 PM 5:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JOHN E. SHELTON, | JUDGMENT IN A CIVIL CASE |
|     Plaintiff, | |
| v. | |
| SHELBY COUNTY GOVERNMENT, SHELBY COUNTY SHERIFF'S DEPARTMENT, and CHIEF JAIL ADMINISTRATOR OF SHELBY COUNTY JAIL, | CASE NO: 05-2454 Ml/V |
|     Defendants. | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Plaintiff's Motion to Deem Complaint Filed on November 22, 2004, and Order of Dismissal, entered August 1, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

Aug 1, 2005
DATE

THOMAS M. GOULD
Clerk of Court

/s/ Judy Easley
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __8-9-05__

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02454 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Carol J. Chumney
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT